**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1901**

---

NAJIA RAHMANI,

       Plaintiff - Appellant,

    v.

INTERNAL REVENUE SERVICE, U.S. Treasury; PAUL FERGUSON, Arlington County Circuit Court Clerk; SOCIAL SECURITY ADMINISTRATION; ARLINGTON COUNTY GOVERNMENT TREASURY AND REAL ESTATE DEPARTMENT; PAUL BURNETT, Manning Murray; UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF VIRGINIA; MERRICK B. GARLAND, Attorney General for the United States,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:24-cv-00706-PTG-WBP)

---

Submitted:  November 19, 2024             Decided:  November 21, 2024

---

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Najia Rahmani, Appellant Pro Se.  Carolyn Michaela Wesnousky, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Najia Rahmani appeals the district court's order granting Defendants' motion to dismiss or, in the alternative, for summary judgment and dismissing Rahmani's civil complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Rahmani v. Internal Revenue Serv.*, No. 1:24-cv-00706-PTG-WBP (E.D. Va. Sept. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*